UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

In re:  Case No. 21-81037—CRJ7

**William Lee Putnam, II**  Chapter 7

**SSN**: xxx—xx-7414

    Debtor

## MOTION TO VACATE ORDER AND REINSTATE CASE

    Come now the Petitioner, **William Lee Putnam, II**, by and through the undersigned attorney, Sara Jones Doty, and files this motion to Vacate the Court's Order Dismissing the above styled bankruptcy petition and humbly asks the court to Reinstate the case to an active docket/status and heretofore filed and state as follows:

1. The undersigned counsel had an issue of miscommunication in her office. The undersigned counsel was under the impression that a member of her office staff had made the second installment payment for the debtor's case and the office member thought that the undersigned counsel had made the payment.

2. Once the issue was discovered, the payment was made to the court.

3. In an effort to save the resources of the court as well as the debtor, the undersigned attorney ask that the Court Vacate its Order dismissing the above styled care and humbly ask that the case be reinstated to an active status/docket.

    **WHEREFORE**, your Petitioner moves that the court Vacate its Order dismissing the above styled case and that the Petition for bankruptcy be reinstated to an active status/docket.

/s/ **William Lee Putnam, II** _       /s/ Sara Doty_____ _
Debtor       Sara Doty (DOT005)
     Attorney for Debtor

     **SARA DOTY ATTORNEY AT LAW, LLC**
     4725 Whitesburg Drive SE
     Suite 202
     Huntsville, Alabama 35802
     (256 ) 519-9970
     (256) 519-9952 – fax

## CERTIFICATE OF SERVICE

      This is to certify that I have this date served a copy of the foregoing pleading upon Tazewell T. Shepard, Trustee, by electronic transmission to email addresses tshepard@ecf.epiqsystems.com and trustee@ssmattorneys.com; assistant@ssmattorneys.com

      Dated this the 22nd day of October, 2021.

      /s/ Sara Doty
      Sara Doty (DOT005)
      Attorney for Debtor